Yancy Abner **BATIE**, Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 17844.

United States Court of Appeals
Fifth Circuit.

Dec. 30, 1959.

No attorney for appellant.

W. B. West, III, U. S. Atty., Fort Worth, Tex., Minor Morgan, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before RIVES, Chief Judge, and HUTCHESON and TUTTLE, Circuit Judges.

PER CURIAM.

This is an appeal from an order, entered after a full hearing by the trial court and finding against the contention of appellant, denying his motion to set aside a judgment of conviction under 28 U.S.C.A. § 2255. Request for appointment of counsel is denied. The judgment is affirmed. See Voltz v. United States, 5 Cir., 196 F.2d 298, certiorari denied 344 U.S. 859, 73 S.Ct. 99, 97 L.Ed. 667.

Affirmed.

Luther **GILLISON**, Libelant, Appellant,

v.

**BATON ROUGE COAL AND TOWING COMPANY**, Inc., Appellee.

No. 17951.

United States Court of Appeals
Fifth Circuit.

Dec. 30, 1959.

Harold J. Lamy, New Orleans, La., James C. McGehee, Jr., Natchez, Miss., for appellant.

Charles E. Lugenbuhl, New Orleans, La., Lemle & Kelleher, New Orleans, La., of counsel, for appellee.

Before RIVES, Chief Judge, and HUTCHESON and CAMERON, Circuit Judges.

PER CURIAM.

This Court is in agreement with the full findings of fact and conclusions of law upon which the district court dismissed the libel. The judgment, 173 F. Supp. 912, is therefore

Affirmed.